**RUSSELL L. LOW, ESQ. RLL-4745**
**LOW & LOW, ESQS.**
505 Main Street - Suite 304
Hackensack, New Jersey  07601
(201) 343-4040
**Attorneys for Debtor (s)**

Order Filed on March 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Rex V. Fernandez | : | HONORABLE JOHN K. SHERWOOD |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO. 25-11697 |
| | : | HEARING DATE: March 27, 2025 at 10:00 a.m. |

---

## ORDER EXTENDING

☐  CASE            ✓  AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: March 28, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

    **ORDERED**  that:

The Automatic Stay is extended as to all creditors properly served.