**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor (s)**

Order Filed on March 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| Rex V. Fernandez | : | HONORABLE JOHN K. SHERWOOD |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO. 25-11697 |
| | : | HEARING DATE: March 27, 2025 at 10:00 a.m. |

---

## ORDER EXTENDING

☐    CASE        ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: March 28, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED**  that:

The Automatic Stay is extended as to all creditors properly served.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 25-11697-JKS

Rex V. Fernandez                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 1

Date Rcvd: Mar 28, 2025                  Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rex V. Fernandez, 144 W. Central Avenue, Bergenfield, NJ 07621-1208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Rex V. Fernandez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4