Certificate Number: 00927-NJ-DE-039508820

Bankruptcy Case Number: 25-11697



00927-NJ-DE-039508820

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2025, at 4:44 o'clock PM EDT, Rex Fernandez completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 1, 2025              By:   /s/ Al Duarte

Name: Al Duarte

Title: Certified Credit Counselor