UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                             CASE NO.: 25-11697
                                                                                            CHAPTER 13

Rex V. Fernandez,
    Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2005-WMC1 Asset Backed Pass-Through Certificates, Series 2005-WMC1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
                            13010 MORRIS ROAD, SUITE 450
                                  ALPHARETTA, GA 30004

                                              Robertson, Anschutz, Schneid, Crane &
                                              Partners, PLLC
                                              Attorney for Secured Creditor
                                              130 Clinton Rd #202
                                              Fairfield, NJ 07004
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: /s/Cory Woerner
                                                  Cory Woerner
                                                  Email: cwoerner@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

REX V. FERNANDEZ
144 W. CENTRAL AVENUE
BERGENFIELD, NJ 07621

And via electronic mail to:

LOW & LOW
505 MAIN ST.,SUITE 304
HACKENSACK, NJ 07601

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE,30 TWO BRIDGES RD,SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE,OFFICE OF THE US TRUSTEE,ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill