# LOW & LOW ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304 — Tel: (201) 343-4040
Hackensack, New Jersey 07601 — Fax: (201)-488-5788

**STANLEY W. LOW**     **RUSSELL L. LOW**
russell@lowbankruptcy.com

July 9, 2025

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3D

**Re: Case No. 25-11697-JKS, Rex V. Fernandez**

Dear Honorable Sherwood,

    This letter shall serve as a request for Withdrawal of Doc. 30, Certification in Opposition to Motion for Relief from Stay re: 144 West Central Avenue, Bergenfield, NJ 07621.

    Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**